JUDGE DANIELS

07 CV 7310

James M. Lenaghan (JL 6413)
Aimee P. Levine (AL 4386)
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)



RECEIVED
AUG 15 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

          Plaintiff,

    -against-

KATHRYN CLAIRE CAMPBELL,
CATHERINE LEE WERNER, and SHARON
CAMPBELL,

          Defendants.
------------------------------------------------------------X

Civil Action No.

**RULE 7.1 STATEMENT**

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
       DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

     Pursuant to Rule 7.1 (formerly Local General Rule 1.9) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Metropolitan Life Insurance Company ("MetLife") (all private, non-governmental parties) certifies that the entities set forth on the attached Exhibit "A" are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: August 15, 2007　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　d'ARCAMBAL, LEVINE & OUSLEY, LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　James M. Lenaghan
　　　　　　　　　　　　　　　　　　　　Aimee P. Levine

　　　　　　　　　　　　　　　　　　40 Fulton Street, Suite 1005
　　　　　　　　　　　　　　　　　　New York, New York 10038
　　　　　　　　　　　　　　　　　　(212) 971-3175
　　　　　　　　　　　　　　　　　　(212) 971-3176 (Facsimile)

　　　　　　　　　　　　　　　　　　Attorneys for Interpleader Plaintiff
　　　　　　　　　　　　　　　　　　Metropolitan Life Insurance Company

Exhibit A

Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc., which is publicly traded.