UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
METROPOLITAN LIFE INSURANCE                               :
COMPANY,                                                  :        **NOTICE OF MOTION TO**
                                                          :        **DISMISS COMPLAINT OR**
                    Plaintiff,                            :        **STAY ACTION**
                                                          :
                                                          :        07 CV 7310 (GBD)
         -against-                                        :
                                                          :        **ECF CASE**
KATHRYN CLAIRE CAMPBELL,                                  :
CATHERINE LEE WERNER and                                  :
SHARON CAMPBELL,                                          :
                                                          :
                    Defendants.                           :
                                                          :
------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Memorandum of Law of the Defendants, Kathryn Claire Campbell and Sharon Campbell (the "Defendants"), the Affidavit of Barry Breslow sworn to on September 7, 2007, and the Declaration of Sean T. O'Leary dated September 7, 2007, in support of the Defendants' Motion to dismiss the Complaint of the Plaintiff, Metropolitan Life Insurance Company (the "Plaintiff"), or to stay this action pending resolution of the concurrent and parallel action pending in Nevada, the Defendants will move this Court, Honorable George B. Daniels presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to determined by this Court, for an Order dismissing the Plaintiff's Complaint or staying this action, and such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1, opposing papers, if any, must be filed and served on the undersigned attorneys within ten business days after

service of the moving papers, and reply papers must be served on attorneys for the Plaintiff, Arbinet-Thexchange, Inc., within five business days of service of the opposition papers.

Dated: New York, New York
September 7, 2007

                         Respectfully submitted,

                         WORMSER, KIELY, GALEF & JACOBS LLP

                         By: _____/S/_____
                               John T. Morin (JM-0390)
                               Sean T. O'Leary (SO-4542)

                         825 Third Avenue
                         New York, New York 10022
                         (212) 687-4900

                         Attorneys for Defendants
                         Kathryn Claire Campbell and Sharon Campbell

TO:    Dyer, Lawrence, Penrose, Flaherty & Donaldson
        2805 Mountain Street
        Carson City, Nevada 89703

        D'Arcambral, Levine & Ousley, LLP
        40 Fulton Street, Suite 1005
        New York, New York 10038

        Cotkin & Collins, P.C.
        701 Bridger Avenue, Suite 700
        Las Vegas, Nevada 89101