```
$1425
BARRY L. BRESLOW, ESQ.
Nevada State Bar No. 3023
NATALIE J. REED, ESQ.
Nevada State Bar No. 7495
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
Facsimile:   (775) 329-7169
Attorneys for Plaintiff Kathryn Claire Campbell
```

FILED
2007 JUL 20 PM 3:58
RONALD A. LONGTIN, JR.
BY_____D. Jaramillo_____
        DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

KATHRYN CLAIRE CAMPBELL,

    Plaintiff,

vs.

CATHERINE WERNER; SHARON
D. CAMPBELL; METROPOLITAN
LIFE INSURANCE COMPANY, a
Foreign corporation; and DOES I-V,

    Defendants.

_____/

CASE NO. CV07 01631

DEPT.

### COMPLAINT FOR DECLARATORY RELIEF
### (EXEMPTION FROM ARBITRATION REQUESTED)

For her Complaint, Plaintiff Kathryn Claire Campbell (hereinafter "Plaintiff") alleges as follows:

### PARTIES

1. Plaintiff is a resident of the State of New York, and the named beneficiary of a twenty percent (20%) interest in life insurance policy number 0000003220 issued by Defendant Metropolitan Life Insurance Company



ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

(hereinafter "MetLife") on the life of Cole C. Campbell (hereinafter "the life insurance policy").

2. Upon information and belief, Defendant Catherine Werner ("Werner") is a resident of Washoe County, Nevada and a named beneficiary of a seventy percent (70%) interest in the life insurance policy.

3. Upon information and belief Defendant Sharon D. Campbell (hereinafter "Defendant Campbell") is a resident of North Carolina and a named beneficiary of a ten percent (10%) interest in the life insurance policy.

4. Upon information and belief, MetLife is a Foreign corporation qualified and doing business in the State of Nevada with its principal place of business in St. Louis, Missouri.

5. Defendants DOES I - V, inclusive, are the fictitious names of Defendants who are the agents, representatives, and/or employees of the named Defendants who are equally responsible for Plaintiff's damages as alleged herein, in either a representative capacity or by virtue of independent acts or omissions. When the true names and identities of these DOE Defendants are ascertained, Plaintiff will seek leave to amend this Complaint to insert their true names and identities.

**FACTUAL ALLEGATIONS**

6. Cole C. Campbell (hereinafter the "Decedent") died February 5, 2007, in Washoe County, Nevada.

7. Plaintiff is the Decedent's daughter.

8. Defendant Werner is the Decedent's surviving spouse.

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2

9. Defendant Campbell is the Decedent's ex-wife.

10. Plaintiff received a letter from Defendant MetLife dated January 19, 2007, stating that Plaintiff was a named beneficiary of the Decedent's life insurance policy. A true and correct copy of that letter is attached hereto as Exhibit A.

11. Plaintiff filed a claim with Defendant MetLife to receive her twenty percent (20%) share of the Decedent's life insurance policy.

12. Upon information and belief, Defendant Werner has filed a written objection with MetLife to the distribution of Plaintiff's twenty percent (20%) share of the Decedent's life insurance policy.

13. Upon information and belief, Defendant Werner has also filed a written objection with MetLife to the distribution of Defendant Campbell's ten percent (10%) share of the Decedent's life insurance policy.

14. As of this date, Plaintiff has not received her twenty percent (20%) share of the Decedent's life insurance policy from MetLife as a result of Defendant Werner's actions.

15. Upon information and belief, Defendant Campbell has not received her ten percent (10%) share of the Decedent's life insurance policy from MetLife as a result of Defendant Werner's actions.

16. Although Plaintiff has demanded that MetLife release the Plaintiff's twenty percent (20%) interest in the Decedent's life insurance policy to Plaintiff, Defendant MetLife has refused, and continues to refuse, to do so.

17. Upon information and belief, although Defendant Campbell has

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

demanded that MetLife release Defendant Campbell's ten percent (10%) interest in the Decedent's life insurance policy to Defendant Campbell, Defendant MetLife has refused, and continues to refuse, to do so.

### FIRST CLAIM FOR RELIEF
(Declaratory Relief Against All Defendants)

18. Plaintiff incorporates the allegations contained in paragraphs 1 through 17 of her Complaint as though set forth herein.

19. A dispute exists as to whether Plaintiff is entitled to her twenty percent (20%) interest in the Decedent's life insurance policy. Plaintiff maintains that she is entitled to a twenty percent (20%) interest, and Defendant Werner maintains that Plaintiff is not entitled to that twenty percent (20%) interest.

20. Upon information and belief, a dispute exists as to whether Defendant Campbell is entitled to her ten percent (10%) interest in the Decedent's life insurance policy. Upon information and belief, Defendant Campbell maintains that she is entitled to a ten percent (10%) interest, and Defendant Werner maintains that Defendant Werner is not entitled to that twenty percent (20%) interest.

21. Defendant MetLife is unwilling to release to Plaintiff her twenty percent (20%) interest in the Decedent's life insurance policy without a judicial determination of Plaintiff's rights.

22. Accordingly, Plaintiff seeks a declaratory judgment from the Court pursuant to NRCP 57 and NRS Chapter 30 that she is entitled to a twenty percent (20%) distribution of the Decedent's life insurance policy, notwithstanding the objection of any Defendant hereto.

23. Plaintiff further asserts that there is no just cause or other legal

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

4

impediment to a distribution of her twenty percent (20%) interest in the Decedent's life insurance policy, and asks the Court to so hold.

24. Due to Defendant Werner's action, Plaintiff has incurred legal fees and costs associated with prosecuting this action, and seeks reimbursement therefore to the extent allowed under Nevada law.

WHEREFORE, Plaintiff prays for relief as follows:

1. For declaratory relief in the form of an Order by this Court finding her the beneficiary of twenty percent (20%) of Cole C. Campbell's MetLife Insurance Policy with accrued interest from the date of the Decedent's death, and ordering distribution to her by MetLife immediately;

2. For costs of court and attorney's fees incurred;

3. For such other and further relief as the Court finds just and proper.

DATED this 20 day of July, 2007.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

*/s/ Natalie Reed*

BARRY L. BRESLOW
NATALIE J. REED
Attorneys for Kathryn Claire Campbell

J:\WPData\NJR\25090.001-CAMPBELL Probate\P-Complaint.NJR.7.20.07.wpd

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

5