1130
WILLIAM D. NAEVE, ESQ.
Nevada Bar No. 7837
AMY E. JONES, ESQ.
Nevada Bar No. 8517
COTKIN & COLLINS
A PROFESSIONAL CORPORATION
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone (702) 384-1722

Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| KATHRYN CLAIRE CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CATHERINE WERNER; SHARON D. CAMPBELL; METROPOLITAN LIFE INSURANCE COMPANY, a Foreign corporation; and DOES I-V,<br><br>    Defendants. | CASE NO.: . CV 07 01631<br>DEPT.: I |

### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

Defendant METROPOLITAN LIFE INSURANCE COMPANY (hereinafter "Defendant" or "METLIFE") by and through its attorneys of record, William D. Naeve and Amy E. Jones, of the law firm of Cotkin & Collins, and in answer to the Complaint for Declaratory Relief filed by Plaintiff KATHRYN CLAIRE CAMPBELL ("Plaintiff") in the above-captioned matter, does herein admit, deny, and allege as follows:

///

1. In response to paragraph 1, this answering Defendant denies each and every allegation contained in said paragraph because, although a beneficiary form on file identifies this 20% share, Defendant CATHERINE WERNER ("WERNER") is contesting this share based on factual and legal disputes as to the entitlement to the funds.

2. In response to paragraph 2, this answering Defendant admits that plaintiff is a named beneficiary of a 10% interest in the life insurance policy which serves as the subject matter of this declaratory judgment action. This answering Defendant alleges that it does not have sufficient information and belief in order to enable it to ascertain the veracity of the remaining allegations contained within this paragraph, and based upon such lack of information and belief denies, both generally and specifically, each and every remaining allegation contained therein, and the whole thereof.

3. In response to paragraph 3, this answering Defendant admits that Defendant SHARON D. CAMPELL is a resident of North Carolina. Except as is expressly admitted herein above, this answering Defendant denies, both generally and specifically, each and every remaining allegation contained in said paragraph because although a beneficiary form on file identifies this 10% share, Defendant WERNER is contesting this share based on factual and legal disputes as to the entitlement to the funds.

4. In response to paragraph 4, this answering Defendant admits that METLIFE is a foreign corporation qualified to do business in Missouri and Nevada. This answering Defendant denies the remainder of this paragraph.

5. In response to paragraph 5, this answering Defendant denies each and every allegation contained in said paragraph because no DOES would be appropriate defendants in this case.

6. In response to paragraph 6, this answering Defendant denies, both generally and specifically, each and every allegation contained therein, and the whole thereof.

7. In response to paragraphs 7, 8, and 9, this answering Defendant admits same.

8. In response to paragraph 10, this answering Defendant denies each and every allegation contained in said paragraph in that the letter speaks for itself.

9. In response to paragraph 11, this answering Defendant admits that Plaintiff claimed entitlement to 20% of the life insurance proceeds. This answering Defendant denies the reminder of this paragraph.

10. In response to paragraph 12, this answering Defendant admits that Defendant WERNER has submitted writings in opposition to the distribution of the 20% share to Plaintiff.

11. In response to paragraph 13, this answering Defendant admits that Defendant WERNER has submitted writings in opposition to the distribution of the 10% share to Defendant SHARON D. CAMPBELL.

12. In response to paragraph 14, this answering Defendant admits that METROPOLITAN LIFE INSURANCE COMPANY has not paid the 20% share because of the conflicting claims of Defendant WERNER and Plaintiff which necessitated the filing of a Complaint in Interpleader in the United States District Court for the Southern District of New York. This answering Defendant denies the remainder of this paragraph

13. In response to paragraph 15, this answering Defendant admits that METROPOLITAN LIFE INSURANCE COMPANY has not paid the 10% share because of the conflicting claims filed by Defendants WERNER and SHARON D. CAMPBELL, and each of them, which necessitated the filing of a Complaint in Interpleader in the United States District Court for the Southern District of New York. This answering Defendant denies the remainder of this paragraph.

14. In response to paragraphs 16 and 17, this answering Defendant denies each and every allegation contained in said paragraphs, and further adds that METLIFE

///

is withholding the proceeds and has filed a Complaint in Interpleader under 28 U.S.C. §§ 1335 and 2361 in the Southern District of New York Federal Court because there are factual and legal disputes as to who should receive the proceeds.

## FIRST CLAIM FOR RELIEF
### (Declaratory Relief Against All Defendants)

15. In response to paragraph 18, this answering Defendant repeats and realleges its answers to the allegations contained within paragraphs 1 through 17 of Plaintiff's Complaint as if the same were more fully set forth herein.

16. In response to paragraphs 19 and 20, this answering Defendant admits same.

17. In response to paragraph 21, this answering Defendant denies, both generally and specifically, each and every allegation contained within said paragraph as phrased.

18. In response to paragraph 22, this answering Defendant denies each and every allegation contained in said paragraph in that the proper jurisdiction to issue such a Declaratory Judgment and provide the relief sought within plaintiff's instant Complaint is through the Complaint in Interpleader filed by this answering Defendant in the United States District Court for the Southern District of New York.

19. In response to paragraphs 23 and 24, this answering Defendant denies each and every allegation contained in said paragraphs, which are conclusions of law, and Defendant METLIFE adds that the proper jurisdiction to issue such a Declaratory Judgment and provide the relief sought within plaintiff's instant Complaint is through the Complaint in Interpleader filed by this answering Defendant in the United States District Court for the Southern District of New York.

///
///
///

## **AFFIRMATIVE DEFENSES**

1. The Federal Court for the Southern District of New York has the jurisdiction to decide the conflicting claims, pursuant to 28 U.S.C. § § 1335 and 2361.

2. Defendant METLIFE has filed a statutory interpleader action pursuant to 28 U.S.C. § 1335 and will seek a restraining order pursuant to 28 U.S.C. § § 1335 and 2361 to enjoin the instant action.

3. Defendant METLIFE has no liability beyond the 30% share to be divided between Plaintiff KATHRYN CLAIRE CAMPBELL, and Defendants CATHERINE WERNER and SHARON D. CAMPBELL.

4. Defendant METLIFE is entitled to a dismissal with prejudice of all claims submitted by all parties to this matter and any of their assignees and representatives.

5. This Court should abate prosecution of this action and refuse to exercise its equitable jurisdiction herein in light of the interpleader action pending in the United States District Court for the Southern District of New York.

6. Defendant METLIFE alleges that Plaintiff is barred from recovering the relief sought in her Complaint by reason of the doctrine of estoppel.

7. Defendant METLIFE alleges that Plaintiff is barred from recovering the relief sought in her Complaint by reason of the doctrine of waiver.

8. Defendant METLIFE alleges that Plaintiff is barred from recovering the relief sought in her Complaint by reason of the doctrine of unclean hands.

9. Defendant METLIFE alleges that Plaintiff is barred from recovering the relief sought in her Complaint by reason of the doctrine of laches.

10. Defendant METLIFE alleges that Plaintiff is barred from recovering the relief sought in her Complaint inasmuch as the equities do not preponderate in her favor but, rather, preponderate in favor of this answering Defendant.

///
///
///

1     **WHEREFORE**, this answering Defendant, METROPOLITAN LIFE
2 INSURANCE COMPANY, prays for relief as follows:
3     1.    For declaratory relief enjoining this action because the Federal Court for
4 the Southern District of New York will decide the conflicting claims pursuant to
5 28 U.S.C. §§ 1335 and 2361.
6     2.    For a declaratory judgment affirming and recognizing the decision of the
7 Federal Court for the Southern District of New York as resolving the dispute over the
8 remaining 30% of the proceeds and releasing it from all claims by Plaintiff KATHRYN
9 CLAIRE CAMPBELL, and Defendants CATHERINE WERNER and SHARON D.
10 CAMPBELL and any of their assignees and representatives;
11     3.    For reimbursement of its costs of court and attorneys' fees; and
12     4.    For such other and further relief as the Southern District of New York and
13 this Court find just and proper.

15 DATED: August 31, 2007

COTKIN & COLLINS
A PROFESSIONAL CORPORATION

By: _____
WILLIAM D. NAEVE, ESQ.
Nevada Bar No. 7837
AMY E. JONES, ESQ.
Nevada Bar No. 8517
COTKIN & COLLINS
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
(702) 384-1722

Attorneys for Defendant, METROPOLITAN
LIFE INSURANCE COMPANY

36381-1.wpd

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 31st day of August 2007, I served a copy of the **DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR DECLARATORY RELIEF** upon each of the parties by depositing a copy of same in a sealed envelope in the United States Post Office, first-class postage fully prepaid, and addressed to those counsel of record:

Barry L. Breslow, Esq.
Natalie J. Reed, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503

Counsel for Plaintiff
KATHRYN CLAIRE CAMPBELL
Tel: (775)329-3151
Fax: (775)329-7941

Sandra G. Lawrence, Esq.
Paul Cotsonis, Esq.
DYER, LAWRENCE, PENROSE FLAHERTY & DONALSON
2805 North Mountain Street
Carson City, NV 89703

Counsel for Defendant and Cross-Claimant
CATHERINE WERNER
Tel: (775) 885-1896
Fax: (775) 885-8728

Lance N. McKenzie, Esq.
AVANSINO, MELARKEY, KNOBEL & MULLIGAN
4795 Caughlin Pkwy, Suite 100
Reno, NV 89509

Counsel for Defendant and Cross-Claimant
SHARON D. CAMPBELL
Tel: (775)333-0300
Fax: (775)330-0305

*Dawn Allen*
Dawn Allen, an employee of
COTKIN & COLLINS