UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                      :
METROPOLITAN LIFE INSURANCE                           :
COMPANY,                                              :          **CERTIFICATE OF SERVICE**
                                                      :
                          Plaintiff,                  :          07 CV 7310 (GBD)
                                                      :
                                                      :          **ECF CASE**
       -against-                                      :
                                                      :
KATHRYN CLAIRE CAMPBELL,                              :
CATHERINE LEE WERNER and                              :
SHARON CAMPBELL,                                      :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------------X
STATE OF NEW YORK    )
                         : ss.:
COUNTY OF NEW YORK )

       I, Sean T. O'Leary, hereby certify that I am not a party to this action, am over 18 years of
age and reside in New York County, New York. I further certify that the within NOTICE OF
MOTION TO DISMISS COMPLAINT OR STAY ACTION; DECLARATION OF SEAN T.
O'LEARY IN SUPPORT OF MOTION TO DISMISS OR STAY ACTION; AFFIDAVIT OF
BARRY L. BRESLOW; and MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF
THE DEFENDANTS, KATHRYN CLAIRE CAMPBELL AND SHARON CAMPBELL, TO
DISMISS THE COMPLAINT OF THE PLAINTIFF, METROPOLITAN LIFE INSURANCE
COMPANY, OR TO STAY THIS ACTION PENDING RESOLUTION OF THE
CONCURRENT AND PARALLEL ACTION were served on upon the following law firms, in
the manner described, and on the date indicated:

       D'Arcambral, Levine & Ousley, LLP      -      Via ECF on September 7, 2007
       40 Fulton Street, Suite 1005
       New York, New York 10038

Dyer, Lawrence, Penrose, Flaherty          -          Via Mail on September 10, 2007
    & Donaldson
2805 Mountain Street
Carson City, Nevada 89703

Cotkin & Collins, P.C.                             -          Via Mail on September 10, 2007
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101

Sean T. O'Leary (SO-4542)