UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: D'ARCAMBAL LEVINE & OUSLEY - 1718

METROPOLITAN LIFE INSURANCE COMPANY

Plaintiff(s)

Index #: 07 CIV 7310

- against -

Date Filed:

KATHRYN C CAMPBELL ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 7, 2007 at 07:39 AM at

124 2ND PLACE #3
BROOKLYN, NY 11231

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on KATHRYN C CAMPBELL, the defendant/respondent therein named,

**AFFIXING TO DOOR**   by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on:

September 5, 2007 AT 6:10 PM      September 6, 2007 AT 12:46 PM
September 7, 2007 AT 7:39 AM

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

124 2ND PLACE #3
BROOKLYN, NY 11231

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 10, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Spoke with J. SIMON, NEIGHBOR, who stated that the defendant/respondent lives at the aforementioned address but was unable to divulge the defendant's/respondent's place of employment.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: September 10, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CURTIS WARREN**
License #: 870667
Docket #: 502545