# d'Arcambal Levine & Ousley LLP

### Attorneys at Law

40 Fulton Street, Suite 1005
New York, New York 10038

Telephone (212) 971-3175
Facsimile (212) 971-3176
www.darcambal.com

September 19, 2007

**VIA FACSIMILE**

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

SEP 19 2007

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Courtroom 15D
500 Pearl Street
New York, New York 100007
Fax (212) 805-6737

    Re: **Metropolitan Life Insurance Company v. Kathryn Claire Campbell, et al.**
        **Civil Action No.: 07 CV 7310**

Dear Judge Daniels:

Plaintiff Metropolitan Life Insurance Company respectfully requests an extension of time of thirty (30) days to respond to the Motion by Defendants Kathryn Claire Campbell and Sharon D. Campbell to Dismiss the Complaint in Interpleader. Defendants' Nevada lawyers have advised Plaintiff's counsel that they do not object to this request for an extension of time.

Currently, the Response by Metropolitan Life Insurance Company is due this Friday, September 21, 2007. The thirty (30) day extension would make the response date Monday, October 22, 2007.

As stated in the Complaint, Kathryn Claire Campbell has begun a state court action regarding the proceeds in Washoe County, Nevada. Sharon Campbell, Catherine Werner, and Metropolitan Life Insurance Company are the defendants in that case. Under applicable federal law, Plaintiff contends that this Complaint should enjoin that Nevada lawsuit. We believe that the additional thirty (30) days will give the parties a greater opportunity to attempt to resolve this matter before this Court has to issue a ruling.

*The Honorable George B. Daniels*
*September 19, 2007*
*Page 2*

For these reasons, Plaintiff respectfully requests that this Court grant a thirty (30) day extension of time to respond to the Motion to Dismiss by Defendants Kathryn Claire Campbell and Sharon D. Campbell.

Respectfully submitted,

Aimee P. Levine

James M. Lenaghan

cc: Counsel for other parties (via facsimile)