EUGENE KILLIAN, JR.*
CARL A. SALISBURY*
RYAN MILUN**
LAWRENCE M. CENTANNI
CAROLE A. DEPINTO*

**KILLIAN &
SALISBURY, P. C.**
ATTORNEYS AT LAW

*MEMBER NJ & NY BARS
**MEMBER NJ & CA BARS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 3 2007

October 22, 2007

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
OCT 2 2 2007

<u>VIA FACSIMILE ONLY</u> (212) 805-6737
Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:  Metropolitan Life Insurance Company v. Campbell, et al.
Case No.: 07-CV-7310 (GBD)

Dear Judge Daniels:

We represent Defendant Catherine Lee Werner, in the above referenced case. At the request of Your Honor's clerk, we are writing this letter to request a modest two week extension to file an Answer to the pending Complaint in Interpleader. We have discussed the proposed extension with counsel for Plaintiff and they have no objection.

If the requested extension is granted, the new deadline for filing an Answer will be November 6, 2007.

We are certainly available to discuss any questions or issues raised by this submission.

Respectfully Submitted,

KILLIAN & SALISBURY, P.C.

By: *[signature]*
Ryan Milun

RM/hn

77 BRANT AVENUE, SUITE 115 · CLARK, NEW JERSEY 07066
TEL: 732.827.8600 · FAX: 732.827.0117
WWW.K-S.COM