**d'Arcambal Levine & Ousley LLP**
Attorneys at Law

40 Fulton Street, Suite 1005
New York, New York 10038

Telephone (212) 971-3175
Facsimile (212) 971-3176
www.darcambal.com

October 16, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 29 2007

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
OCT 29 2007

BY TELECOPIER TO: 212-805-6737
The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Courtroom 15D
500 Pearl Street
New York, New York 100007

Re: Metropolitan Life Insurance Company v. Kathryn Claire Campbell, et al,
Civil Action No.: 07 CV 7310

Dear Judge Daniels:

Plaintiff Metropolitan Life Insurance Company respectfully requests an additional extension of time of twenty-one (21) days to respond to the Motion by Defendants Kathryn Claire Campbell and Sharon D. Campell to Dismiss the Complaint in Interpleader. This request will be the last extension of time sought by Plaintiff to respond to this Motion. By way of history, the Court initially granted Plaintiff a 30 day extension of time to respond to the Motion, without objection by any Defendant. Under that schedule, the Response by Metropolitan Life Insurance Company is due next Monday, October 22nd. The 21 day extension would make the response date Monday, November 12th. Plaintiff understands that the lawyers for Defendants Kathryn Claire Campbell and Sharon Campbell have no objection to this request for extension of time, on the condition that Plaintiff extends them a similar extension if requested and with the consent of this Court.

Plaintiff's position is that this federal district court is the proper legal forum to decide this Interpleader action. As stated in the Complaint and in Plaintiff's previous request for extension, Kathryn Claire Campbell has filed a state court action in Washoe County, Nevada. The Complaint in the case at bar seeks to enjoin that Nevada lawsuit under applicable federal statutory and case law. We believe that the additional 21 days can give the parties another opportunity to attempt to resolve this matter without the necessity of the use of this Court's resources. Plaintiff understands that a new counsel for Catherine Wemar may enter an appearance shortly in the New York case. We have spoken to that counsel regarding our position as to the Interpleader.

For these reasons, Plaintiff requests that this Court grant a 21 day extension of time or until November 12th to respond to the Motion to Dismiss by the two Defendants Kathryn Claire Campbell and Sharon D. Campbell. This will be the last request for extension of time requested for this response. Plaintiff also respectfully requests that the October 25th status conference be postponed until a date chosen by this Court after its response to the Motion to Dismiss is filed. Having the status conference after the response is filed should enable the parties to be in a better position to respond more thoroughly regarding status.

Respectfully submitted,

*/s/*
Aimee P. Levine

*/s/*
James M. Lenaghan

cc by telecopier: Counsel for other parties