EXHIBIT A

## LEGAL DESCRIPTION OF
5262 Waterman Boulevard, St. Louis, Missouri 63108

4906A WATERMAN PORTLAND CT ADDN 46.65 FT / 46.46 FT X 71.25 FT, LOT 7.

STATE OF MISSOURI  
CITY OF ST. LOUIS } SS.

I, **MAVIS T. THOMPSON**, CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, within and for the City and State aforesaid (said Court being a Court of Record, having a Clerk and official Seal), do hereby certify that the annexed and foregoing is a full, true and complete copy of the original.   Judgment and Decree of Dissolution rendered Monday, September 21st, 1998.

in the cause aforesaid, as fully as the same remains among the records and files of said Court in my office.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at office, in the City of St. Louis, this ___14th___ day of ___October___, 19_98_

**MAVIS T. THOMPSON**  
CLERK, CIRCUIT COURT

By _[signature]_  
Deputy

# Exhibit B

106 Channing Lane
Chapel Hill, NC 27516
May 17, 2004

To Whom It May Concern:

As of Friday, May 14, 2004, I have received $36,400 from Cole C. Campbell, which constitutes the final payment due me under the terms of our separation agreement and divorce decree granted by the Twenty-Second Judicial Circuit of the Missouri Circuit Court and dated September 21, 1998.

Sincerely,

*Sharon D. Campbell*
Sharon D. Campbell

The 17th day of May 2004
My Commission Expires December 9, 2007
*Noreen R. Milliken* (SEAL)
Signature of Notary Public