# Exhibit C



A MetLife Company

**PARAGON**
PARAGON LIFE INSURANCE COMPANY

Send this form to:
Paragon Life Insurance Company•Administration•100 S  Brentwood•St  Louis, MO 63105•(50.    .56-0.24•Fax  (314) 862-4502

## AUTHORIZATION FOR PARAGON TO ACCEPT ELECTRONIC TRANSACTION REQUESTS VIA PARAGON'S eSERVICE WEB SITE
### www.paragonlifeservice.com

The policy owner identified below, hereby authorizes Paragon Life Insurance Company (Paragon) to accept and process certain insurance policy transactions submitted through Paragon's eService Web Internet site

This will include requests for

- Changes of address
- Changes of beneficiary
- Changes in amount of extra premium for investment
- Changes to allocation of future premium
- Policy loans
- Withdrawals (partial surrenders)
- Fund transfers

All transaction requests are subject to normal rules governing the certificate, policy, and/or group insurance plan, as described in the certificate or policy, and in the Prospectus for variable policies

Transaction requests in good order involving variable investments submitted through the eService site will be processed during the same business day if received prior to 3  00 p m  Central Time  If received after 3  00 p m  Central Time and in good order, the request will be processed the next business day  If not in  good order, the policy owner will be contacted for instructions and clarification

All transaction requests in good order not involving variable investments submitted t   gh the eService site will be processed within 5 business days  If not in good order  the policy ow     ill be contacted for instructions and clarification

Policy number          **01K193001E**          Date  Feb. 16, 2001

Owner's Social Security Number    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

Owner's name (please print)        Mr. Cole C. Campbell

Owner's signature

Email address (optional)           Ccampbell@postnet.com

(our email address is not required  .         on of status, which sent pre-authorizations completed )

**Please mail or fax this form to "eService" using the information in the box at the top of this form. We need a copy of the form with a signature for our files.**

# Exhibit D



GVUL eServices - Certificate Details - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   He

Address   https://gvulservice.com/ms/Policy/Summary/Servlet?page=curPolicy.jsp

Links   GCR - Para   ESS Password Services   FedEx   FEDEX   M-eservice   IOTA   Pre-enrollment   IDT   Pre-Service   SIR   TEST DIRECTOR

**GVUL Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | Change Address | 4965 ABERFELDY ROAD<br>RENO, NV  89519 |

**Insured Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | Change Address | 4965 ABERFELDY ROAD<br>RENO, NV  89519 |

**Payer Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | Change Address | 4965 ABERFELDY ROAD<br>RENO, NV  89519 |

**Primary Beneficiary Information**

| | |
|---|---|
| Name | Change Beneficiary | CATHERINE LEE<br>WERNER |

**Payment And Billing Information**

| | | |
|---|---|---|
| Total Premium (includes extra premium) | | $230.30 |
| Extra Premium for Investment | Change Extra<br>Premium | $.00 |
| Premium Billing Frequency | | Monthly |
| Payment Method | | ACH |
| Date Last Premium Payment Was Received | | 01/16/2007 |
| Amount of Last Premium Payment | | $230.30 |

To view or print your Certificate Snapshot in a printable format, click here. Please note that the versions of

Done                                                                                    Trusted sites