# Exhibit E

## GENERAL AFFIDAVIT

**State of Oregon**
**County of Deschutes**

**BEFORE ME**, the undersigned Notary, *Valerie Shelton* [name of Notary], on this 12 day of March, 2007, personally appeared Brian K. Stallcop, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. I am a Financial Advisor and Investment Representative with Edward Jones in Bend, Oregon. I have been a full time Investment Representative for approximately 5.5 years.

2. I have obtained my Accredited Asset Management Specialist and Certified Financial Planner ® certifications and I maintain them in good standing.

3. On October 21, 2006, I met with Cole Campbell and Catherine Werner at their home in Reno, Nevada, in order to gather information for the purpose of helping them create a comprehensive financial plan.

4. As part of that discussion, I asked for the details of their life insurance coverage. Catherine Werner replied that she was getting a term policy with New York Life in the amount of $250,000. Cole Campbell replied that he had a $1,000,000 universal life policy with MetLife, and that his understanding was that it had approximately two (2) years left before the premiums rose dramatically. As such, Cole said he was exploring other life insurance alternatives.

5. Cole Campbell told me that he had originally purchased the MetLife policy to ensure that his ex-wife, Sharon Campbell, would receive her alimony payments should anything happen to him. Cole added that he had since fulfilled his alimony obligation and it was his intention that his current wife, Catherine Werner, be the named beneficiary of his life insurance policy.

6. It was clear to me that Cole was very mindful of the fact that he was an older father. Cole told me that he was worried about how "vulnerable" his young son, Clarke W. Campbell, would be if Cole died unexpectedly.

7. In that same meeting, we discussed the importance of updating their estate plan as well as ensuring the proper titling of assets and beneficiary designations to match current intentions and circumstances. Cole Campbell and I had at least one subsequent phone conversation, sometime in November 2006, in which we discussed updating his beneficiaries.

8. Based on those conversations, I can state with confidence that it was Cole's intention that Catherine Werner, as mother of their young son, Clarke Campbell, be the sole beneficiary of Cole's life insurance policy, so that she would possess adequate resources to raise and care for their son, Clarke, should something happen to Cole.

Comes now Brian K. Stallcop, and upon being first duly sworn states that the foregoing is true and accurate to the best of his knowledge and belief.

_Brian K. Stallcop_
**Signature of Affiant**

Brian K. Stallcop
1288 SW Simpson Avenue, Suite B2
Bend, Oregon 97702

Subscribed and sworn to before me, this ___12___ day of
___March___, 2007.

[Notary Seal:]

_Valerie Shelton_
**[Signature of Notary]**

_VALERIE SHELTON_
**[name of Notary]**

NOTARY PUBLIC

My commission expires: _October 5_, 20_10_.

```
OFFICIAL SEAL
VALERIE SHELTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 412014
MY COMMISSION EXPIRES OCT. 5, 2010
```

# Exhibit F