d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
METROPOLITAN LIFE INSURANCE        :
COMPANY,                           :   Civil Action No. 07:7310 (GBD)
                                   :
               Plaintiff,    :
                                   :
    -against-                     :   **NOTICE OF**
                                   :   **CROSS-MOTION**
KATHRYN CLAIRE CAMPBELL,            :
CATHERINE LEE WERNER, and SHARON    :
CAMPBELL,                           :
                                   :
               Defendants.   :
-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated November 9th, 2007, and all the pleadings had herein, Plaintiff Metropolitan Life Insurance Company ("MetLife") will move this Court at the United States Courthouse for the Southern District of New York, held in and for the Southern District, located at 500 Pearl Street, on the 4th day of December, 2007, at 9:30 in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order, pursuant to 28 U.S.C. §§1335 and 2361: 1) allowing Plaintiff to interplead the disputed funds into this Court; 2) enjoining the parties and the Second Judicial Court of Washoe County, Nevada from proceeding with CV07-1361 filed July 20, 2007 and entitled *Kathryn Claire Campbell v. Catherine Werner, et al.*; and 3) awarding such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that opposition and reply must be served pursuant to the applicable Federal Rules of Civil Procedure and Rules of this Court.

Dated: November 9, 2007
      New York, New York

                                  **d'Arcambal, Levine & Ousley, LLP**

                                  By: _/s/ James M. Lenaghan_
                                       Aimee P. Levine (AL 4386)
                                       James M. Lenaghan (JL 6473)
                                       40 Fulton Street – Suite 1005
                                       New York, NY 10038
                                       (212) 971-3175

                                       Attorneys for Plaintiff MetLife

CERTIFICATE OF SERVICE

I certify that copies of the within Notice of Cross-Motion were served by first class mail on John T. Morin and Sean O'Leary, Esquires and Eugene Killian, Jr. and Ryan Milun, Esquires, Counsel for Defendants, on November 9, 2007.

*James M. Lenaghan*
James M. Lenaghan