UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                Plaintiff,

   - against-

KATHRYN CLAIRE CAMPBELL,
CATHERINE LEE WERNER, AND
SHARON CAMPBELL,

                Defendants.
----------------------------------------------------------------X

Civil Action No. 07:7310 (GBD)

Honorable George B. Daniels

**ORDER (i) DENYING MOTION BY CERTAIN DEFENDANTS TO DISMISS THIS ACTION, (ii) PERMITTING PLAINTIFF TO MAKE DEPOSIT OF FUNDS IN INTERPLEADER, AND (iii) GRANTING STAY AND INJUNCTION OF STATE COURT ACTION**

Upon the reading and consideration of the motion of Plaintiff In Interpleader METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") for an Order pursuant to 28 U.S.C. §§1335 and §§2361 (1) denying the motion to dismiss or stay by defendants Kathryn Claire Campbell and Sharon Campbell; (2) permitting MetLife to deposit the amount of the life insurance benefits at issue in this interpleader action, i.e., $307,968.77 (plus applicable interest, if any) into the Court; (3) discharging MetLife, Pulitzer Publishing Company ("Pulitzer"), and all related entities and individuals from any further liability upon payment of the aforementioned total benefits into the Court; (4) for a stay and permanent injunction against any of the Defendants proceeding with the case involving the same disputed proceeds in CV07-1631 in State of Nevada, Washoe County, Second Judicial District Court filed July 20, 2007 ("the Nevada action"); (5) awarding MetLife its costs and attorney's fees incurred both in this action and in the Nevada lawsuit referenced in its motion; and (6) for such other and further relief as the Court deems necessary and proper.

Upon the Decision of the Honorable George B. Daniels dated _____, 2007 and filed with the Clerk of the Court on _____, 2007;

**IT IS HEREBY ORDERED** that the September 7, 2007 motion by defendants Kathryn Claire Campbell and Sharon Campbell to dismiss or stay this action is denied;

**IT IS FURTHER ORDERED** that MetLife may deposit the remaining 30% of disputed life insurance benefits under the policy issued by Plaintiff Metropolitan Life Insurance Company ("MetLife") on the life of COLE CAMPBELL, in the amount of $307,867.77 (plus applicable interest, if any) with the Clerk of the Court;

**IT IS FURTHER ORDERED** that the Clerk of the Court may invest such funds in an interest-bearing account or other instrument. The Clerk of the Court may deduct from the income on the investment a fee equal to ten percent (10%) of the investment income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office;

**IT IS FURTHER ORDERED** that this Order be served upon the Clerk of the Court of the Second Judicial District Court of Washoe County, Nevada to preliminarily and permanently enjoin the Defendants from instituting or prosecuting the Nevada action or any other lawsuit involving the disputed funds in state or federal court pursuant to 28 U.S.C. §§1335 and 2361;

**IT IS FURTHER ORDERED** that MetLife and all affiliated entities or persons, including but not limited to Pulitzer, are discharged from any further liability upon payment of the aforementioned total benefits into the Court;

**IT IS FURTHER ORDERED** that MetLife is hereby awarded its costs and attorney's fees and costs in an amount to be determined upon proof; and

**IT IS FURTHER ORDERED** that the Defendants are directed to make an application to the Court for the release of the life insurance proceeds within thirty (30) days of service of a copy of this Order.

Dated: _____, 2007

_____
THE HONORABLE GEORGE B. DANIELS
JUDGE OF THE UNITED STATES DISTRICT COURT