UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                :

METROPOLITAN LIFE INSURANCE        :
COMPANY,                                :      **NOTICE OF MOTION TO**
                                            :      **DISMISS COMPLAINT OR**
                  Plaintiff,              :      **STAY ACTION**
                                            :

                                            :      07 CV 7310 (GBD)
       -against-                            :
                                            :      **ECF CASE**
KATHRYN CLAIRE CAMPBELL,         :
CATHERINE LEE WERNER and           :
SHARON CAMPBELL,                     :
                                            :
                 Defendants.            :
                                            :
----------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon (a) the Declaration of Sean T. O'Leary dated November 14, 2007, (b) the previously-filed Declaration of Sean T. O'Leary dated September 7, 2007 (Document No. 5 on this Court's docket for this action), (c) the previously-filed Affidavit of Barry Breslow sworn to on September 7, 2007 (Document No. 6 on this Court's docket for this action), and (d) the previously-filed Memorandum of Law of Defendants Kathryn Claire Campbell and Sharon Campbell (the "Defendants") dated September 7, 2007 (Document No. 7 on this Court's docket for this action), Defendants will move this Court, Honorable George B. Daniels presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an Order dismissing the Cross-Claim of Defendant Catherine Lee Werner, or staying said Cross-Claim pending resolution of a previously-filed, concurrent action pending in Nevada, and such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1, opposing papers, if any, must be filed and served on the undersigned attorneys within ten business days after service of the moving papers, and reply papers must be served on attorneys for Plaintiff within five business days of service of the opposition papers.

Dated: New York, New York
        November 16, 2007

                                        Respectfully Submitted,

                                        WORMSER, KIELY, GALEF & JACOBS LLP


                                        By:_____/S/_____
                                             John T. Morin (JM-0390)
                                             Sean T. O'Leary (SO-4542)

                                             825 Third Avenue
                                             New York, New York 10022
                                             (212) 687-4900

                                             Attorneys for Defendants
                                             Kathryn Claire Campbell and Sharon Campbell


TO:   Dyer, Lawrence, Penrose, Flaherty & Donaldson
      Attorneys for Catherine Lee Werner
      2805 Mountain Street
      Carson City, Nevada 89703

      D'Arcambral, Levine & Ousley, LLP
      Attorneys for Metropolitan Life Insurance Company
      40 Fulton Street, Suite 1005
      New York, New York 10038

      Cotkin & Collins
      Attorneys for Metropolitan Life Insurance Company
      701 Bridger Avenue, Suite 700
      Las Vegas, Nevada 89101

Killian & Salisbury, P.C.
Attorneys for Catherine Lee Werner
77 Brant Avenue
Clark, New Jersey 07066