# d'Arcambal Levine & Ousley LLP
## Attorneys at Law

40 Fulton Street, Suite 1005  
New York, New York 10038

Telephone (212) 971-3175  
Facsimile (212) 971-3176  
www.darcambal.com

**BY ECF FILING AND FAX TO (212) 805-6737**

November 20, 2007

The Honorable George B. Daniels  
United States District Judge  
United States District Court for the Southern District of New York  
Courtroom 15D  
500 Pearl Street  
New York, New York 10007

Re: **Metropolitan Life Insurance Company v. Kathryn Claire Campbell, et al.**  
Civil Action No.: 07 CV 7310

Dear Judge Daniels:

Plaintiff Metropolitan Life Insurance Company ("MetLife") does agree, with certain caveats stated below, to the request by Defendants Kathryn Claire Campbell and Sharon D. Campbell for an Extension of Time until December 7, 2007 to file a reply to MetLife's Opposition to their Motion to Dismiss and Motion to enjoin the Nevada action relating to the same disputed proceeds. However, Plaintiff MetLife requests that this Court maintain its date of December 4, 2007 for a Status Conference. Plaintiff further continues to request December 4, 2007 as the date for hearing on its Motion to enjoin the Nevada action.

Plaintiff also has received notice yesterday of the Motion by Defendants Kathryn Claire Campbell and Sharon D. Campbell to Dismiss or Stay the Cross-Claim by Defendant Catherine Werner. MetLife has already submitted its Opposition to the Motion by Defendants Kathryn Claire Campbell and Sharon D. Campbell to Dismiss or Stay Complaint. Therefore, Defendant MetLife will not respond to the Motion with respect to the Werner Cross-Claim as that Motion is not directed at MetLife. Further, MetLife has already made the arguments as to why this Court should maintain jurisdiction over this Complaint in Interpleader.

Respectfully submitted,

/s/ Aimee P. Levine  
Aimee P. Levine

/s/ James M. Lenghan  
James M. Lenaghan

cc: Counsel for other parties (via facsimile)