106 Channing Lane<br>
Chapel Hill, NC 27516<br>
May 17, 2004

To Whom It May Concern:

    As of Friday, May 14, 2004, I have received $36,400 from Cole C. Campbell, which constitutes the final payment due me under the terms of our separation agreement and divorce decree granted by the Twenty-Second Judicial Circuit of the Missouri Circuit Court and dated September 21, 1998.

Sincerely,

*Sharon D. Campbell*<br>
Sharon D. Campbell

The 17th day of May 2004

My Commission Expires December 9, 2007

__Noreen R. Milliken__ (SEAL)
Signature of Notary Public

# Exhibit D

**Owner Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | 4955 ABERFELDY ROAD<br>RENO, NV 89519 |
| | Change Address |

**Insured Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | 4955 ABERFELDY ROAD<br>RENO, NV 89519 |
| | Change Address |

**Payer Information**

| | |
|---|---|
| Name | COLE C CAMPBELL |
| Address | 4955 ABERFELDY ROAD<br>RENO, NV 89519 |
| | Change Address |

**Primary Beneficiary Information**

| | |
|---|---|
| Name | CATHERINE LEE WERNER |
| | Change Beneficiary |

**Payment And Billing Information**

| | |
|---|---|
| Total Premium (includes extra premium) | $230.30 |
| Extra Premium for Investment | $0.00 |
| | Change Extra Premium |
| Premium Billing Frequency | Monthly |
| Payment Method | ACH |
| Date Last Premium Payment Was Received | 01/16/2007 |
| Amount of Last Premium Payment | $230.30 |

To view or print your Certificate Snapshot in a printable format, click here. Please note that the versions of