# Exhibit F

Name _Cole_____  Date _8/15/06_

### Survivor Income Needs Worksheet

1. In the event of your death, how much of your current monthly income would need to be replaced? $ _8,000_

2. What annual inflation rate should be applied to this monthly income? _3_ %.

3. How much of your current life insurance would be available to generate this monthly income? $ _1,000,000_

4. Do you own any significant assets that could be liquidated to generate the required monthly income? If yes, how much? $ _No_

5. To generate a predictable and stable monthly income, what rate of return should be expected from the capital invested? _5_ %

6. What tax rate should be applied to the income? _28_ %

7. How much of the initial capital would you like to have left at the end of the monthly income payments? $ _____

8. How many years would your family need this monthly income? _25_

Forms – Survivor Income Needs Worksheet 04/2006

# Exhibit G