3.12 **Choice of Law.** This Agreement shall be construed in accordance with the laws of the State of Missouri.

3.13 **Attorney Fees and Costs.** Cole has paid prior bills of Paule, Camazine & Blumenthal, P.C. and shall pay to Paule, Camazine and Blumenthal, P.C. the sum of $ 1,500.00 as and for additional attorney's fees, [illegible] payment to Paule, Camazine and Blumenthal, [illegible] enforced by Paule, Camazine and Blumenthal, P.C. [illegible] responsible for the costs of court expended herei[n]

IN WITNESS WHEREOF, the Parties here[to] counterparts, with the intention that each execut[ed] original, effective on the date of execution by the [parties]

*No page 16. See Casey for info* [handwritten note]

_____
Sharon D. Campbell, Petitioner

August 11, 1998
Date

_____
Charles Cole Campbell, Respondent

August 13, 1998
Date

q:\4448.001\Separatn.Agr.08/04/98(2:40pm)

- 17 -

EXHIBIT A

# LEGAL DESCRIPTION OF
5262 Waterman Boulevard, St. Louis, Missouri 63108

4906A WATERMAN PORTLAND CT ADDN 46.65 FT / 46.46 FT X 71.25 FT, LOT 7.

STATE OF MISSOURI    } SS.
CITY OF ST. LOUIS

I, **MAVIS T. THOMPSON**, CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, within and for the City and State aforesaid (said Court being a Court of Record, having a Clerk and official Seal), do hereby certify that the annexed and foregoing is a full, true and complete copy of the original    Judgment and Decree of Dissolution rendered Monday, September 21st, 1998.

in the cause aforesaid, as fully as the same remains among the records and files of said Court in my office.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at office, in the City of St. Louis,

this ___14th___ day of ___October___, 19 _98_

MAVIS T. THOMPSON
CLERK, CIRCUIT COURT

By _Regina A. Alexander_
Deputy