# WORMSER, KIELY, GALEF & JACOBS LLP

825 THIRD AVENUE
NEW YORK, NY 10022-7519

(212) 687-4900
FACSIMILE (212) 687-5703
E-MAIL: wkgj@wkgj.com

GLENN M. AZZINARI
CHARLES G. BANINO
EUGENE J. CALLAHAN
THOMAS L. FUERTH
HARLAN T. GREENMAN
KEVIN M. HIRSON
ROBERT F. JACOBS
WILLIAM J. MAC KNIGHT, JR.
JOHN T. MORIN
KEITH M. PINTER
DANIEL POZIN
WILLIAM B. SCHREIBER
CLINTON B. SMITH
IRA B. STECHEL
SUSANNE NIENABER VON TÜRK
ANNIE J. WANG
WAYNE L. WARNKEN
DONALD JAY WOLFSON

VENAN J. ALESSANDRONI
M. DAVID TELL
RETIRED PARTNERS

STUART E. BERELSON
RICHARD O. HEWITT
LESTER D. STEINMAN
OF COUNSEL

MICHAEL W. MACKAY
ALAN M. WARSHAUER
GARY VON STANGE
COUNSEL

LYNN E. WEINIG
KAREN L. WAGNER
ELIZABETH L. CHAMULAK
GAYLE S. OSHRIN
L. MARLBOROUGH
JOSEPH B. YOO
SEAN T. O'LEARY
MICHAEL MANDEL
ROBERT J. PELKOWSKI, JR.
BARBARA J. KWON
STEFI N. KAPLAN

WESTCHESTER OFFICE
399 KNOLLWOOD ROAD
WHITE PLAINS, NY 10803
(914) 667-0900
FAX: (914) 997-1039

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 3 2007

November 30, 2007

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS
DEC 0 3 2007

**VIA FACSIMILE**

The Honorable Judge George B. Daniels
United States District Court for
the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re: Metropolitan Life Insurance Company v. Campbell, et al.
CV 07-7310 (GBD)

Dear Judge Daniels:

Our firm is local counsel for the defendants in the above-referenced action, Kathryn Claire Campbell and Sharon Campbell (the "Campbells"). The Campbells' lead counsel in this action is Robison, Belaustegui, Sharp & Low of Reno, Nevada.

The defendant, Catherine Werner ("Werner"), is represented in this action by Killian & Salishury, P.C. The plaintiff, Metropolitan Life Insurance Company (the "Plaintiff"), is represented in this action by d'Arcambal Levine & Ousley, LLP.

The Campbells must file their Reply to Werner's Opposition to the Campbells' Motion to dismiss the Plaintiff's Complaint, or to stay this action pending resolution of a parallel Nevada Action[1] (the "Motion to Dismiss Action") on or before December 3, 2007. Moreover, the Campbells must file their Reply to Werner's Opposition to the Campbells' Motion to dismiss or

---

[1] The parallel Nevada action, entitled Campbell v. Werner, et al. (Case No. CV07-01631), is pending in the Second Judicial District Court of the State of Nevada, County of Washoe (the "Nevada Action").

**WORMSER, KIELY, GALEF & JACOBS LLP**

The Honorable George B. Daniels
November 30, 2007
Page 2

stay Werner's Cross-claims (the "Motion to Dismiss Cross-claims") on or before December 6, 2007.

On November 21, 2007, Your Honor granted the Campbells' request for an extension of time – until December 7, 2007 – to file their (i) Reply to the Plaintiff's Opposition to the Motion to Dismiss Action and (ii) Opposition to the Plaintiff's Cross-Motion to interplead disputed funds into Court and enjoin the Nevada Action from proceeding.

The Campbells respectfully request an extension of time – also until December 7, 2007 – to file their (i) Reply to Werner's Opposition to the Motion to Dismiss Action and (ii) Reply to Werner's Opposition to the Motion to Dismiss Cross-claims.

Werner's attorneys advise that Werner consents to this request by the Campbells for an extension of time until December 7, 2007.

We, of course, remain available should this Court have any questions, comments and/or concerns.

Respectfully submitted,

*/s/ Sean T. O'Leary*

Sean T. O'Leary

cc:   Via Facsimile
      James M. Lenaghan, Esq.
      Eugene Killian, Jr. Esq.