EUGENE KILLIAN, JR.\*
CARL A. SALISBURY\*
RYAN MILUN\*\*
LAWRENCE M. CENTANNI
CAROLE A. DEPINTO\*

\*MEMBER NJ & NY BARS
\*\*MEMBER NJ & CA BARS



# KILLIAN & SALISBURY, P. C.
## ATTORNEYS AT LAW

December 18, 2007

**_VIA ELECTRONIC FILING_**
Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

    Re:    Metropolitan Life Insurance Company v. Campbell, et al.
            Case No.: 07-CV-7310 (GBD)

Dear Judge Daniels:

We represent Defendant Catherine Lee Werner ("Werner"), in this case. Please accept this letter in lieu of a more formal opposition to MetLife's notice of motion and cross-motion filed and served on December 4, 2007. By its motion, Met Life is requesting that this Court allow it to: 1) interplead the disputed funds into this court; 2) enjoin the parties and the Second Judicial Court of Washoe County, Nevada from proceeding with CV07-1361 filed July 20, 2007 and entitled Kathryn Claire Campbell v. Catherine Werner, et al.; and 3) awarding such other and further relief as this Court deems just and proper. MetLife based this recent motion on the "previously filed Memorandum of Law dated November 9, 2007 and all the pleadings filed therewith." As before, Werner is not opposed to MetLife interpleading funds into this Court to facilitate the resolution of this dispute and the stay of the proceeding in the Nevada State Court; however, to the extent MetLife seeks either an award of attorney's fees or its dismissal from this action, Werner is opposed to such relief for the reasons stated in her brief in opposition to MetLife's original cross-motion.

Thank you.

                                         Respectfully submitted,
                                         **Killian & Salisbury, P.C.**
                                         Attorneys for Defendant Catherine Werner

                    By:   _____
                           Eugene Killian, Jr.
                           EK-9972

    cc: All Counsel