## d'Arcambal Levine & Ousley LLP
### Attorneys at Law

40 Fulton Street, Suite 1005
New York, New York 10038

Telephone (212) 971-3175
Facsimile (212) 971-3176

April 15, 2008

**SO ORDERED**

*[signature]* George B. Daniels

**HON. GEORGE B. DANIELS**

**BY TELECOPIER TO: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Courtroom 15D
500 Pearl Street
New York, New York 10007

Re: **Metropolitan Life Insurance Company v. Kathryn Claire Campbell, et al.**
     **No. 07 CV 7310**

Dear Judge Daniels:

Plaintiff Metropolitan Life Insurance Company and Defendants Kathryn Claire Campbell, Sharon Campbell, and Catherine Werner participated in mediation yesterday. With the assistance of mediator Mark Bunim, the parties have reached a proposed settlement. We plan to submit papers detailing the settlement within 30 days, or by May 14, 2008. The proposed settlement would, in exchange for certain specified payments, result in the dismissal of this action and the Nevada action mentioned in several of the motions and responses. For that reason, we would request that the Court defer ruling on the pending motions for at least another 30 days so that the settlement can be completed.

Respectfully submitted,

*[signature]*
Aimee P. Levine

*[signature]*
James M. Lenaghan

cc by telecopier: Mr. Killian; Mr. Morin and Ms. Reed, counsels for other parties