UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,                                               :    Civil Action No. 07CV7310 (GBD)
                                                       :
                        Plaintiff,                     :    ECF FILING
                                                       :
        -against-                                      :
                                                       :
KATHRYN CLAIRE CAMPBELL, et al.                        :
                                                       :
                        Defendants.                    :
------------------------------------------------------------X

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, Plaintiff Metropolitan Life Insurance Company and Defendants, Cross-Claimants and/or Counterclaimant Kathryn Claire Campbell, Sharon Campbell and Catherine Werner, through the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the captioned action including all claims, cross-claims, and counterclaims, is dismissed with prejudice, each side to pay its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 16, 2008
      New York, New York

**d'ARCAMBAL, LEVINE & OUSLEY, LLP**

By: *James Lenaghan (EJ)*
James M. Lenaghan (JL-6473)

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175

Attorneys for Plaintiff and Counterclaim Defendant
Metropolitan Life Insurance Company

Dated: May 16, 2008
      New York, New York

**WORMSER, KIELY, GALEF & JACOBS**

By: *John Morin (CT)*
John T. Morin

825 Third Avenue
New York, New York 10022
(212) 687-4900

Attorneys for Defendants and Cross-Claimants
Kathryn Claire Campbell and Sharon Campbell

Dated: May 16, 2008
      Clark, New Jersey

**KILLIAN & SALISBURY, P.C.**

By: *Eugene Killian (EJ)*
Eugene Killian, Jr.

77 Brant Avenue, Suite 115
Clark, New Jersey 07066
(732) 827-8600

Attorneys for Defendant and Cross and Counter-Claimant Catherine Werner

2