```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                    Plaintiff,

           -against-

KATHRYN CLAIRE CAMPBELL, et al.

                    Defendants.
-------------------------------------------------------X

Civil Action No. 07CV7310 (GBD)

ECF FILING

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

MAY 1 6 2008

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, Plaintiff Metropolitan Life Insurance Company and Defendants, Cross-Claimants and/or Counterclaimant Kathryn Claire Campbell, Sharon Campbell and Catherine Werner, through the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the captioned action including all claims, cross-claims, and counterclaims, is dismissed with prejudice, each side to pay its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 16, 2008
New York, New York

**d'ARCAMBAL, LEVINE & OUSLEY, LLP**

By: *James Lenaghan (EL)*
James M. Lenaghan (JL-6475)

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175

Attorneys for Plaintiff and Counterclaim Defendant
Metropolitan Life Insurance Company

Dated: May 16, 2008
New York, New York

**WORMSER, KIELY, GALEF & JACOBS**

By: *John Morin (CT)*
John T. Morin

825 Third Avenue
New York, New York 10022
(212) 687-4900

Attorneys for Defendants and Cross-Claimants
Kathryn Claire Campbell and Sharon Campbell

Dated: May 16, 2008
Clark, New Jersey

**KILLIAN & SALISBURY, P.C.**

By: *Eugene Killian (EJ)*
Eugene Killian, Jr.

77 Brant Avenue, Suite 115
Clark, New Jersey 07066
(732) 827-8600

Attorneys for Defendant and Cross and Counter-
Claimant Catherine Werner